## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   EDWARD A SCOTT  §   Case No.: 09-48992
        VANESSA C SCOTT  §
        §
        §
        §
    Debtor(s)  §

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/29/2009.

2) This case was confirmed on 03/22/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/13/2010, 09/15/2010.

5) The case was dismissed on 01/10/2011.

6) Number of months from filing to the last payment: 12

7) Number of months case was pending: 16

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 49,800.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 7,875.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 7,875.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,185.88 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 439.67 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,625.55 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 424.00 | 424.76 | 424.76 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 1,101.58 | 1,101.58 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 86.00 | 86.00 | .00 | .00 |
| NATIONAL AUTO FINANC | UNSECURED | 14,525.00 | 12,072.34 | 12,072.34 | .00 | .00 |
| NATIONAL AUTO FINANC | SECURED | NA | .00 | .00 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 216.00 | 500.60 | 500.60 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 157.00 | 157.78 | 157.78 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 86.00 | 86.21 | 86.21 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 265.00 | 265.04 | 265.04 | .00 | .00 |
| DOLTON OPTOMETRIC CE | UNSECURED | 111.00 | 111.60 | 111.60 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 743.00 | 1,161.22 | 1,161.22 | .00 | .00 |
| MCSI/RMI | UNSECURED | 100.00 | 600.00 | 600.00 | .00 | .00 |
| OT AUTO SALES INC | SECURED | 1,000.00 | .00 | 3,130.00 | 634.12 | 101.29 |
| OT AUTO SALES INC | UNSECURED | 2,130.00 | NA | NA | .00 | .00 |
| VANDERBILT MORTGAGE | SECURED | 155,513.00 | 150,546.25 | .00 | .00 | .00 |
| WACHOVIA DEALER SERV | SECURED | 18,000.00 | 21,174.68 | 21,174.68 | 2,753.76 | 760.28 |
| WACHOVIA DEALER SERV | UNSECURED | 4,786.00 | NA | NA | .00 | .00 |
| CYNTHIA DAVIS | OTHER | .00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,431.00 | 2,490.92 | 2,490.92 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,429.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL S | UNSECURED | 361.00 | 361.19 | 361.19 | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 1,149.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ARROW FINANCIAL SERV | UNSECURED | 802.00 | NA | NA | .00 | .00 |
| BRINKS HOME SECURITY | UNSECURED | 905.00 | NA | NA | .00 | .00 |
| BROOKWOOD LOANS | UNSECURED | 3,241.00 | 4,845.77 | .00 | .00 | .00 |
| CABELAS CLUB | UNSECURED | 1,073.00 | NA | NA | .00 | .00 |
| CASHCALL INC | UNSECURED | 3,570.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,824.00 | 2,660.14 | 2,660.14 | .00 | .00 |
| CONTINENTAL FINANCE | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 6,504.00 | .00 | .00 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,025.00 | 1,025.86 | 1,025.86 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,486.00 | 3,486.70 | 3,486.70 | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | .00 | 547.00 | 547.00 | .00 | .00 |
| FIRST CASH FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST RATE FINANCIAL | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| GUARANTY BANK BEST B | OTHER | .00 | NA | NA | .00 | .00 |
| COMPUCREDIT CORPORAT | UNSECURED | 1,101.00 | NA | NA | .00 | .00 |
| COMPUCREDIT CORPORAT | UNSECURED | 1,287.00 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | 799.00 | NA | NA | .00 | .00 |
| MAROON FINANCIAL CRE | UNSECURED | 277.00 | NA | NA | .00 | .00 |
| NATIONAL AUTO FINANC | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL CREDIT ADJU | UNSECURED | 202.00 | NA | NA | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | 600.00 | 830.00 | 830.00 | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | 383.00 | 548.08 | 548.08 | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 1,054.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,051.00 | 1,180.30 | 1,180.30 | .00 | .00 |
| ONE IRON VENTURES | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| OP FINANCIAL SERVICE | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 434.00 | 977.54 | 977.54 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 365.00 | 986.47 | 986.47 | .00 | .00 |
| PAYDAY ONE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| PAYDAY ONLINE | UNSECURED | 420.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 275.00 | 227.29 | 227.29 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 1,111.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 986.00 | NA | NA | .00 | .00 |
| QUICK CLICK LOANS | UNSECURED | 3,717.00 | 3,717.85 | 3,717.85 | .00 | .00 |
| RMI MCSI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| SHOW MASTERCARD | UNSECURED | 594.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 318.00 | NA | NA | .00 | .00 |
| T MOBILE BANKRUPTCY | OTHER | NA | NA | NA | .00 | .00 |
| THE LOAN MACHINE | UNSECURED | 2,355.00 | 2,355.25 | 2,355.25 | .00 | .00 |
| THE PAYDAY LOAN STOR | UNSECURED | 631.00 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | UNSECURED | 471.00 | NA | NA | .00 | .00 |
| UNION PLUS/NALC | UNSECURED | 570.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 319.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANA | UNSECURED | 3,434.00 | 1,111.79 | 1,111.79 | .00 | .00 |
| AOE INVESTMENTS | OTHER | .00 | NA | NA | .00 | .00 |
| VANDERBILT MORTGAGE | SECURED | NA | 24,001.30 | .00 | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 1,293.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST CASH ADVANCE | OTHER | .00 | NA | NA | .00 | .00 |
| VANDERBILT MORTGAGE | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF RIVERDALE | UNSECURED | 320.00 | NA | NA | .00 | .00 |
| WACHOVIA DEALERS SER | OTHER | .00 | NA | NA | .00 | .00 |
| CHRISTOPHER HILL | OTHER | .00 | NA | NA | .00 | .00 |
| BROOKWOOD LOANS | UNSECURED | NA | 4,845.77 | 4,845.77 | .00 | .00 |
| WELLS FARGO DEALER/W | OTHER | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 202.85 | 202.85 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 24,304.68 | 3,387.88 | 861.57 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 24,304.68 | 3,387.88 | 861.57 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 2,490.92 | .00 | .00 |
| **TOTAL PRIORITY:** | 2,490.92 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 41,631.21 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,625.55 |
| Disbursements to Creditors | $ | 4,249.45 |
| **TOTAL DISBURSEMENTS:** | $ | 7,875.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   04/27/2011                                   /s/ Tom Vaughn
                                                      Tom Vaughn, Chapter 13 Trustee

**STATEMENT**  : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**